# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cr 86

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **FRANCISCO ESCAMILLA VILLA.** | ) | |
| _____ | ) | |

Before the Court is Defendant's Motion to Suppress [# 13]. Defendant's counsel, however, did not include a *separately* filed brief. LCrR 47.1(c).[1] Accordingly, the Court **DENIES** the Motion [# 13] without prejudice.

Signed: August 16, 2018

Dennis L. Howell
United States Magistrate Judge

---

[1] This Court has long construed that Local Rule 47.1(c) requires both a motion and a separate and contemporaneously filed brief.