THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:18-cr-00086-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| FRANCISCO ESCAMILLA VILLA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment [Doc. 50].

Upon review of the Government's Motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 50] is **GRANTED**, and the Bill of Indictment in this case is hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Signed: August 21, 2019

Martin Reidinger
United States District Judge